IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 1 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RHONDA THOMPSON and
KEITH THOMPSON                                                PLAINTIFFS

vs.                    No. 3:06CV00193 JMM

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                    DEFENDANT

## JUDGMENT

Pursuant to Offer of Judgment filed by Defendant, and Acceptance of Offer of Judgment filed by Plaintiffs, pursuant to Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT is entered herein in favor of the Plaintiffs, Rhonda Thompson and Keith Thompson, and against the Defendant, Southern Farm Bureau Casualty Insurance Company, in the sum of One Hundred Thousand Dollars ($100,000.00).

DATED this 1st day of February, 2007.

JAMES W. McCORMACK, CLERK

By: _____
           Deputy Clerk