IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA THOMPSON AND
KEITH THOMPSON                                                                          PLAINTIFFS

VS.                              NO 3:06CV00193

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                                    DEFENDANT

## ORDER

Based upon the findings of fact and conclusions of law dictated into the record at a hearing held on Thursday, February 15, 2007 at 9:00 a.m., plaintiffs' Motion for Attorney Fees is denied (#12).

IT IS SO ORDERED THIS   15   day of  February , 2007.

_____
James M. Moody
United States District Court