IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA THOMPSON AND
KEITH THOMPSON                                                                        PLAINTIFF

VS.                    CASE NO. 3:06CV00193 JMM

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                                DEFENDANT

## ORDER

Pursuant to the mandate entered by the Court of Appeals for the Eighth Circuit on April 18, 2008, the Judgment entered in favor of plaintiffs against defendant on February 1, 2007 is vacated.

IT IS SO ORDERED THIS  22  day of  April , 2008.

_____
James M. Moody
United States District Court