IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 9 2008

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

RHONDA THOMPSON and
KEITH THOMPSON                                              PLAINTIFFS

VS.                        NO. 3:06cv00193JMM

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                  DEFENDANT

## CONSENT JUDGMENT

On this day, the above cause comes on to be heard, the plaintiffs appearing by their attorney, Troy Henry, Henry Law Firm, PLC, and said defendant, through its attorney, David Cahoon of Cahoon and Smith, and pursuant to the Amended Answer filed herein on December 12, 2008, whereby defendant admits that the plaintiffs were entitled to its policy limits of $100,000.00, said defendant consents that judgment be entered against it for the $100,000.00 policy limits claimed by the plaintiffs in their Complaint. The issues regarding defendant's liability for any costs, penalty, interest, and attorney fees are hereby reserved and to be decided by this Court at a later date.

IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED and ADJUDGED that the plaintiffs, Rhonda Thompson and Keith Thompson, do have and recover judgment against the defendant, Southern Farm Bureau Casualty Insurance Company, in the amount of $100,000.00, with interest at the legal rate from this date until paid; that all issues regarding defendant's liability for costs, penalty, interest, and attorney fees are reserved for decision by this Court at a later date.

ENTERED this ~~December~~ _January 9_, ~~200~~8 _9_.

_____
JAMES M. MOODY
UNITED STATES DISTRICT COURT


**APPROVED:**

**HENRY LAW FIRM, PLC**

By: _____
Attorneys for Plaintiffs


**CAHOON & SMITH**

By: _____
Attorneys for Defendant